|  | AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Jesus Antonio OCAMPO-GUERRERO,

Case No. 25-30015

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 20, 2025__ in the county of __Monroe__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-entry after Removal from the United States, |

This criminal complaint is based on these facts:

On or about January 20, 2025, in the Eastern District of Michigan, Southern Division, Jesus Antonio OCAMPO-GUERRERO, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about February 3, 2023 at or near Laredo, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), (b)(1)

☑ Continued on the attached sheet.

_____
Complainant's signature

Hector Rivera, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Judge's signature

Date: January 23, 2025

City and state: Detroit, MI

Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Jesus Antonio OCAMPO-GUERRERO, also known as "Francisco Acosta", an alien who has previously been convicted of a felony offense and was subsequently removed from the United States on or about February 03, 2023, at or near Laredo, Texas, and was thereafter found in the United States on or about January 20, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to OCAMPO-GUERRERO. I have not included every fact known to law enforcement related to this investigation.

4. OCAMPO-GUERRERO is a forty-six-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On April 17, 1999, the United States Customs and Border Protection (USCBP) admitted OCAMPO-GUERRERO at or near Brownsville, Texas as a non-immigrant B-2 visitor for pleasure not to exceed October 16, 1999.

6. On April 19, 1999, the United States Border Patrol (USBP) encountered OCAMPO-GUERRERO at or near Falfurrias, Texas and served him with an I-862, Notice to Appear. OCAMPO-GUERRERO was suspected of transporting illegal aliens into the United States.

7. On April 20, 1999, the United States District Court in the Southern District of Texas, McAllen Division convicted OCAMPO-GUERRERO for 8 USC 1325 (a)(1), Illegal Entry and sentenced him to ninety days jail and three years supervision.

8. On May 21, 2007, the Hunt County Court in Texas convicted OCAMPO-GUERRERO for Failure to ID Fugitive Intent and Give False Information, and sentenced him to sixty days jail, 12 months' probation and $764 in fines.

9. On February 27, 2008, the Hunt County Court in Texas convicted OCAMPO-GUERRERO for Assault Causing Bodily Injury to a Family Member and sentenced him to sixty days jail and $264 in fines.

10. On August 06, 2012, ICE encountered OCAMPO-GUERRERO at or near Dallas, Texas and served him with an I-862, Notice to Appear. On September 02, 2016, an Immigration Judge in Dallas, Texas ordered OCAMPO-GUERRERO removed to Mexico.

11. On December 01, 2016, the 382nd Judicial District Court in Texas convicted OCAMPO-GUERRERO for Possession of Controlled Substance and sentenced him to six months jail, three years' probation and $1295 in fines.

12. On December 08, 2016, ICE removed OCAMPO-GUERRERO to Mexico via the Laredo, Texas port of entry.

13. On December 12, 2019, the 382nd Judicial District Court in Texas convicted OCAMPO-GUERRERO for the offences of Fraud Use/ Possession Identifying Information and Theft of Property over $100 less $750. The 382nd Judicial District Court sentenced OCAMPO-GUERRERRO to sixty days jail and $600 in court fines. The evading arrest and detention charges were dismissed.

14. On May 07, 2020, ICE encountered OCAMPO-GUERRERO at or near Brownsville, Texas and served him with an I-871 Notice of Intent/ Decision to Reinstate Prior Order. On June 18, 2020, ICE removed OCAMPO-GUERRERO to Mexico via the Laredo, Texas port of entry.

15. On October 20, 2020, the Hunt County Court in Texas convicted OCAMPO-GUERRERO for Failure to Identify Giving False/ Fictitious Information and sentenced him to forty-five days jail and $280 in court costs.

16. On October 23, 2020, ICE encountered OCAMPO-GUERRERO at or near Dallas, Texas and served him with an I-871 Notice of Intent/ Decision to Reinstate Prior Order. On October 26, 2020, ICE removed OCAMPO-GUERRERO to Mexico via the Laredo, Texas port of entry.

17. On November 04, 2020, USBP encountered OCAMPO-GUERRERO at or near Brownsville, Texas and served him with an I-871 Notice of Intent/ Decision to Reinstate Prior Order.

18. On May 06, 2021, the United States District Court Southern District of Texas convicted OCAMPO-GUERRERO for the offence of 8 USC 1326(a) and (b) Unlawful Reentry and sentenced him to eight months in BOP custody.

19. On December 27, 2021, the Hunt County Court in Texas convicted OCAMPO-GUERRERO for the offence of Theft of Property over $100 less than $750 and sentenced OCAMPO-GUERRERO to fifty-one days jail and $270 in court fines.

20. On September 27, 2022, the Carrollton Municipal Court in Texas convicted OCAMPO-GUERRERO for Driving without a License and sentenced him to 12 months' probation and $978 in fines.

21. On January 17, 2023, ICE re-arrested OCAMPO-GUERRERO who had been erroneously released from custody and not transferred over to ICE custody at or near Newnan, Georgia. On February 03, 2023, ICE removed OCAMPO-GUERRERO to Mexico via the Laredo, Texas port of entry.

22. On January 20, 2025, the ERO Detroit North Team traveled to the area of S. Telegraph Rd, Monroe, MI in search of a noncitizen Jesus Antonio OCAMPO-GUERRERO, who is the target of an approved Field Operations Worksheet. At approximately 3:30 p.m., a male subject matching the physical description of OCAMPO-GUERRERO departed the establishment in a White colored GMC Acadia bearing MI plate ENL1868. ICE Officers initiated a vehicle stop at or near E. Dunbar Rd and Eastwood St. in Monroe, MI. ICE

    Officers approached the car, identified themselves and conducted a field interview to identify the occupants of the vehicle.

23. The driver of the car stated he did not have any identification and stated his name to be "Miguel Acosta". Upon further questioning, he stated his real name is Jesus Antonio OCAMPO-GUERRERO, and stated he is a citizen and national of Mexico. Deportation Officers placed OCAMPO-GUERRERO under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

24. ICE-ERO Deportation Officers transported OCAMPO-GUERRERO to the St. Clair County Jail for lodging and processed OCAMPO-GUERRERO the following morning at the Detroit ICE Field Office. The arrest and subsequent detention of OCAMPO-GUERRERO was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

25. OCAMPO-GUERRERO's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Jesus Antonio OCAMPO-GUERRERO, a native and citizen of Mexico who had previously been removed from the United States.

26. A review of OCAMPO-GUERRERO's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that OCAMPO-GUERRERO did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on February 03, 2023.

27. On January 21, 2025, ICE-ERO served OCAMPO-GUERRERO with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

28. Based on the above information, I believe there is probable cause to conclude that Jesus Antonio OCAMPO-GUERRERO is an alien who has previously been convicted of a felony offense and subsequently removed from the United

States on or about February 03, 2023, at or near Laredo, Texas, and was thereafter found in the United States on or about January 20, 2025, in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Sections 1326(a), (b)(1).

*Hector Rivera*

Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Anthony P. Patti
United States Magistrate Judge

January 23, 2025